UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-45706 |
| GuyCo Footwear, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE CLOSING CASE**

This matter coming before the Court on the Reorganized Debtor's Motion for Entry of a Final Decree Closing Case (the "Motion"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Modified 2nd Amended Plan of Reorganization [Docket No. 65] (the "Plan") of GuyCo Footwear, Inc. (the "Reorganized Debtor"); it appearing that this is a core proceeding pursuant to 28 US.C. § 157(b)(2); the Court being satisfied that the Plan has been substantially consummated and the Reorganized Debtor's estate has been fully administered within the meaning of section 350 of the Bankruptcy Code; and it appearing that notice of the Motion was provided in accordance with Local Rule 3022-1, now therefore,
IT IS HEREBY ORDERED THAT:
1. The Motion is granted to the extent set forth herein.
2. The above-captioned chapter 11 case is hereby closed pursuant to Federal Rule of Bankruptcy Procedure 3002, effective as of the date of this order.
~~3. This Court shall retain jurisdiction with respect to all matters arising from or~~ *aE*
related to the implementation of this order.
4. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy ~~Procedure, the terms of this order shall be effective immediately.~~

Enter:

*/s/ A. Benjamin Goldgar*
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **2 8 MAR 2016**

**Prepared by counsel of Movant:**

Jonathan D. Golding, Esq.
(ARDC# 6299876)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7892
Fax: (312) 755-5720
Email: jgolding@goldinglaw.net

Rev: 20101008_bko